AMERICAN ARBITRATION ASSOCIATION | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

P.O. Box 19609
Johnston, RI 02919

August 14, 2023

David R. Pete
6355 Chinn Lane
#2105
Beaumont, TX 77708
**Via Email to: dpetedavidpete@yahoo.com**

William Thorne
Mehaffy Weber
2615 Calder Avenue
Suite 800
Beaumont, TX 77702
**Via Email to: williamthorne@mehaffyweber.com**

**Case Number: 01-23-0001-6617**
David R Pete
-vs-
Walmart Corp

Dear Parties:

Per the applicable Consumer Arbitration Rules, the American Arbitration Association (AAA) has made an administrative appointment of Hon. Sylvia A. Matthews to serve as arbitrator. Enclosed please find the Notice of Appointment and General Arbitrator Oath Form, the Notice of Compensation Arrangements for consumer cases as well as the arbitrator's resume.

Please advise the AAA of any factual objections to the appointment of the arbitrator **within five (5) business days of the date of this letter.** Copies of the objection are to be provided to all parties. However, the arbitrator shall not be copied on any correspondence regarding objections to their service.

If any objections are received, the other party will be given an opportunity to respond before the AAA makes a determination, in accordance with the Rules, regarding the arbitrator's continued service.

As requested by the arbitrator, and specified in the Consumer Arbitration Rules, the parties and their representatives must provide information to the AAA of any circumstances likely to raise justifiable doubt as to whether the arbitrator can remain impartial or independent. Further, such obligation to provide disclosure information remains in effect throughout the arbitration.

An arbitrator is appointed; therefore, the Case Management Fee of $1,400 and arbitrator compensation deposit of $2,500 are now due from the business per the Costs of Arbitration provision of the Consumer Arbitration Rules. The business' billing representative will separately receive an invoice. The fee and deposit are due on or before **August 28, 2023**.

Please note we will not schedule a Preliminary Hearing until the payment is received.

A copy of this correspondence has been provided to the arbitrator.

Sincerely,
/s/

**EXHIBIT A**

AAA Case Manager 7
Manager of ADR Services
Email: Manager7@adr.org
Fax: (866) 644-0234

Supervisor Information: *Director – email: director@adr.org*

Enclosures
cc:     Karen Spivey

EXHIBIT A