| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DAVID R. PETE, §
§
    Plaintiff, §
§
versus §   CIVIL ACTION NO. 1:22-CV-00030
§
DOUG MCMILLON, KATHRYN §
MCLAY, and DONNA MORRIS, §
§
    Defendants. §

## FINAL JUDGMENT

    The court has adopted the Magistrate Judge's report recommending that the court dismiss this case. Accordingly, it is **ORDERED** that Plaintiff David R. Pete take nothing, and the case is **DISMISSED**. The clerk of court is directed to close this case, and all pending motions are denied as moot.

    THIS IS A FINAL JUDGMENT.

    SIGNED at Beaumont, Texas, this 19th day of May, 2022.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

<span style="color:red">EXHIBIT D</span>