UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| WALMART STORES TEXAS, LLC § | | CIVIL ACTION |
| Plaintiff § | | |
| § | | |
| VS. § | | NO. 1:23-cv-00251 |
| § | | |
| DAVID R. PETE § | | |
| Defendant § | | JURY |

**ORDER GRANTING PLAINTIFF'S
OPPOSED EMERGENCY MOTION TO
STAY AND DISMISS ARBITRATION PROCEEDING**

ON THIS DATE came on to be considered Plaintiff, WALMART STORES TEXAS, LLC's Emergency Motion to Stay and Dismiss Arbitration Proceeding and the Court, having considered said motion, is of the opinion that same should be GRANTED.

It is, therefore, ORDERED, ADJUDGED, and DECREED that Plaintiff, WALMART STORES TEXAS, LLC'S Emergency Motion to Stay and Dismiss Arbitration Proceeding is GRANTED.

It is further ORDERED that the Arbitration Proceeding is hereby STAYED AND DISMISSED.