IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| WALMART STORES TEXAS LLC, *Plaintiff*, | § § § | |
| v. | § § | |
| DAVID R. PETE, *Defendant*. | § § § § § § | CIVIL ACTION NO. 1:23-CV-251-MJT-CLS |

## FINAL JUDGMENT

Pursuant to the Court's Order Adopting the Recommendation of the United States Magistrate Judge, it is CONSIDERED, ORDERED, and ADJUDGED that Defendant WITHDRAW his Arbitration Demand for the arbitration proceeding under AAA Cause No. 01-23-0001-6617, that proceeding is PERMANENTLY ENJOINED, and the Court ENTERS DECLARATORY JUDGMENT finding that the parties had no agreement to arbitrate the dispute in question. Each party shall bear its own cost of court. The clerk of the court is directed to CLOSE this case. All pending motions are hereby denied as moot.

THIS IS A FINAL JUDGMENT.

SIGNED this 3rd day of November, **2023**.

Michael J. Truncale
United States District Judge